CMS/KOH: USAO 2024R00097

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

USDC- GREENBELT
'24 NOV 21 PM2:27

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO.** DLB24CR341 |
| | * | |
| **KELVIN REYES,** | * | **(Distribution of a Controlled Substance** |
| | * | **with Death Resulting,** |
| **Defendant** | * | **21 U.S.C. §§ 841(a)(1) and (b)(1)(C),** |
| | * | **Forfeiture, 21 U.S.C. § 853)** |
| | * | |
| | * | |

\*\*\*\*\*\*\*

### INDICTMENT

### COUNT ONE
### (Distribution of a Controlled Substance with Death Resulting)

The Grand Jury for the District of Maryland charges that:

On or about January 14, 2023, in the District of Maryland, the defendant,

### KELVIN REYES,

did knowingly and intentionally distribute a mixture and substance containing a detectable

amount of N-phenyl-N-[1-(2-phenylethyl )-4-piperidinyl] propanamide, commonly referred to as

fentanyl, a Schedule II controlled substance, and death resulted from the use of such substance.

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.    Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853 as a result of the defendant's conviction under Count One of this Indictment.

### Narcotics Forfeiture

2.    Upon conviction of the offense set forth in Count One of this Indictment, the defendant,

### KELVIN REYES,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a): (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and (2) any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

### Substitute Assets

3.    If, as a result of any act or omission of the defendant, any such property subject to forfeiture:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property up to the value

of the forfeitable property described above, pursuant to 21 U.S.C. § 853(p).

21 U.S.C. § 853

Erek Barron /CMS

Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: November 21, 2024